# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRESENIUS KABI USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BIOQ PHARMA INCORPORATED, <br><br> Defendant. | C.A. No. 2:18-cv-03032-SDW-LDW |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and in accordance with a Settlement Agreement ("Agreement"), Plaintiff Fresenius Kabi USA, LLC and Defendant BioQ Pharma Inc. ("BioQ") hereby stipulate that all claims, counterclaims and affirmative defenses in the above-titled action are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party.

This Court shall retain jurisdiction to enforce this Order and the terms of the parties' Agreement, and any disputes that may arise thereunder.

Dated: November 28, 2018

| | |
|---|---|
| FOX ROTHSCHILD LLP | HILL WALLACK LLP |
| s/ Karen A. Confoy | s/ Eric I. Abraham |
| Karen A. Confoy<br>997 Lenox Drive<br>Lawrenceville, NJ 08648<br>Telephone: (609) 844-3033 | Eric I. Abraham<br>Christina L. Saveriano<br>21 Roszel Road<br>Princeton, New Jersey 08540<br>Telephone: (609) 924-0808 |
| OF COUNSEL: | OF COUNSEL: |
| John T. Bennett<br>Sam Sherry<br>Shaobo Zhu<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000 | William A. Rakoczy<br>Joseph T. Jaros<br>Cynthia H. Sun<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, Illinois 60654<br>(312) 527-2157 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this 28th day of November, 2018

The Honorable Susan D. Wigenton,
United States District Court Judge

2